UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDREA SALCEDO ACEROS,<br>Plaintiff,<br>v.<br>POLLY KAISER, et al.,<br>Defendants. | Case No. 25-cv-06924-EMC<br><br>**SUPPLEMENTAL ORDER EXTENDING TRO AND RESCHEDULING HEARING DATE**<br><br>Docket No. 4 |

On August 16, 2025, the Court issued a temporary restraining order ("TRO") enjoining Respondents Acting Field Officer Director Polly Kaiser, Acting Director of Immigration and Customs Enforcement Todd M. Lyons, Secretary of the Department of Homeland Security Kristi Noem, and United States Attorney General Pamela Bondi. ECF No. 6. Respondents were ordered to release Petitioner from Respondents' custody, to refrain from re-detaining Petitioner without notice and a pre-deprivation hearing before a neutral decisionmaker, and to refrain from removing Petitioner from the United States. *Id.* at 5–6. Respondents were also ordered to show cause why a preliminary injunction should not issue. *Id.* at 6. Respondents filed a timely response to Petitioner's motion on August 22, 2025. ECF No. 15. Petitioner's reply is due on or before August 26, 2025.

The TRO was set to remain in effect until August 30, 2025. Under Federal Rule of Civil Procedure 65(b)(2), a TRO ordinarily expires after fourteen (14) days unless extended by the Court for good cause. Good cause exists here to extend the TRO because the Court has set a briefing schedule and hearing on Plaintiff's motions for preliminary injunction, and an extension is necessary both to allow the parties to fully present their evidence and arguments, and to permit the Court to carefully consider those submissions.

Accordingly, the TRO issued on August 16, 2025, ECF No. 6, is hereby **EXTENDED** through September 6, 2025, unless otherwise ordered by the Court. The hearing on Petitioner's motion for preliminary injunction is **RESET** for Thursday, September 4, 2025, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: August 25, 2025

_____
EDWARD M. CHEN
United States District Judge

2