UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDREA SALCEDO ACEROS,<br>　　　　Plaintiff,<br>　　v.<br>POLLY KAISER, et al.,<br>　　　　Defendants. | Case No. 25-cv-06924-EMC<br><br>**SECOND SUPPLEMENTAL ORDER EXTENDING TRO**<br><br>Docket No. 4 |

On August 16, 2025, the Court issued a temporary restraining order ("TRO") enjoining Respondents Acting Field Officer Director Polly Kaiser, Acting Director of Immigration and Customs Enforcement Todd M. Lyons, Secretary of the Department of Homeland Security Kristi Noem, and United States Attorney General Pamela Bondi. ECF No. 6. Respondents were ordered to release Petitioner from Respondents' custody, to refrain from re-detaining Petitioner without notice and a pre-deprivation hearing before a neutral decisionmaker, and to refrain from removing Petitioner from the United States. *Id.* at 5–6. Respondents were also ordered to show cause why a preliminary injunction should not issue. *Id.* at 6. On August 25, 2025, the Court extended the TRO for 7 days in order to benefit from full briefing and a hearing on Petitioner's motion for preliminary injunction. ECF No. 18. On September 4, 2025, the Court heard oral argument in this matter. The TRO is set to expire on September 6, 2025.

Under Federal Rule of Civil Procedure 65(b)(2), a TRO may be extended up to 14 days by the Court for good cause. Good cause exists here to further extend the TRO to permit the Court to fully consider the parties' submissions and argument.

Accordingly, the TRO issued on August 16, 2025, ECF No. 6, is hereby **EXTENDED** through September 13, 2025, unless otherwise ordered by the Court.

**IT IS SO ORDERED**.

Dated: September 4, 2025

_____
EDWARD M. CHEN
United States District Judge